1  RUSSELL F. ROWEN, SBN 58178
   GLENN A. LERNER, SBN 45499
2  LERNER & VEIT, P.C.
   744 Montgomery Street, Fifth Floor
3  San Francisco, California 94111
   Telephone: (415) 781-4000
4  Facsimile: (415) 398-4228

5  Attorneys for Plaintiffs
   ROGER GORDON MANN AND
6  PATTI ANNE MANN

7  THOMAS M. HERLIHY (SBN 83615)
   MARGIE R. LARIVIERE (SBN 172975)
8  LAURA E. FANNON (SBN 111500)
   KELLY, HERLIHY & KLEIN LLP
9  44 Montgomery Street, Suite 2500
   San Francisco, CA 94104
10 Telephone: (415) 951-0535
   Facsimile: (415) 391-7808
11
   Attorneys for Defendant
12 TRANSAMERICA OCCIDENTAL
   LIFE INSURANCE COMPANY
13

14              **UNITED STATES DISTRICT COURT FOR THE**

15                **EASTERN DISTRICT OF CALIFORNIA**

16                        **FRESNO DIVISION**

17

18
   ROGER GORDON MANN AND PATTI ANNE      )   CASE NO. CIV-F-04-6764 REC DLB
19 MANN,                                  )
                                          )   STIPULATION OF DISMISSAL OF
20              Plaintiffs,               )   <u>ACTION WITH PREJUDICE; ORDER</u>
                                          )
21     v.                                 )
                                          )
22 TRANSAMERICA OCCIDENTAL LIFE          )
   INSURANCE COMPANY,                     )
23                                        )
                Defendants.                )
24 _____)

25

26

27

28

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER

# **STIPULATION**

Plaintiffs Roger Gordon Mann and Patti Anne Mann ("plaintiffs") and defendant Transamerica Occidental Life Insurance Company ("Transamerica"), by and through their respective counsel, hereby stipulate and agree, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that this entire action may be, and hereby is, dismissed with prejudice. The parties shall bear their own respective costs of suit.

Dated: May _____, 2005              LERNER & VEIT, P.C.


By_____/s/_____
           Russell F. Rowen
           Attorneys for Plaintiffs
           ROGER MANN AND PATTI MANN


Dated: May _____, 2005              KELLY, HERLIHY & KLEIN LLP


By_____/s/_____
           Laura E. Fannon
           Attorneys for Defendant
           TRANSAMERICA OCCIDENTAL LIFE
           INSURANCE COMPANY

E:\24213\P12

# **ORDER**

IT IS SO ORDERED.

Dated: June 20, 2005              ROBERT E. COYLE
                                  JUDGE, UNITED STATES DISTRICT COURT